WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-14-08213-001-PCT-ESW |
| Plaintiff, | **ORDER** |
| v. | |
| Olivia Lynn Paddock, | |
| Defendant. | |

The defendant appeared in court with counsel on September 19, 2016. The defendant's probable cause hearing was waived and the detention hearing was submitted on the record. The Court finds probable cause to believe the defendant violated the terms of her supervised release as alleged in the petition. The Court further finds, pursuant to Rule 32.1(a)(6), that defendant has failed to show by clear and convincing evidence that she is not a flight risk or a danger.

IT IS HEREBY ORDERED the defendant shall be bound over for further proceedings on the petition to revoke her supervised release.

IT IS FURTHER ORDERED the defendant is detained pending further revocation proceedings.

Dated this 20th day of September, 2016.

Honorable Michelle H. Burns
United States Magistrate Judge